AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

_Adriano Amaro_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: _05m - 1035- 765_

I. _Adriano Amaro_ , charged in a ☑ complaint ☐ petition

pending in this District _of Massachusetts_

in violation of _18_ , U.S.C., _1546(a), 1028 (a)(6)_
_1028(f), and 371_

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a ☐ examination ☐ hearing , do hereby waive (give up) my right to a prelim-
inary ☐ examination ☐ hearing.

_Adriano Amaro_
Defendant

_3/1/05_
Date

Counsel for Defendant