UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**05 CR 10160 PBS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| ADRIANO AMARO | ) | 18 U.S.C. § 1028(a)(2) – |
| | ) | Fraud In Connection With |
| | ) | Identification Documents |

## INFORMATION

**COUNT ONE:**
**18 U.S.C. § 1028(a)(2)**
**(Fraud In Connection With Identification Documents)**

The United States Attorney charges that:

Beginning at least as early as July 6, 2004, and continuing until at least in or about December 6, 2004, in Middlesex, in the District of Massachusetts,

**ADRIANO AMARO,**

defendant herein, did knowingly transfer false identification documents, to wit: counterfeit non-immigrant visas, immigration departure records (Forms I-94), and birth certificates, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:    _____
                              CHRISTOPHER F. BATOR
                              Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05CR 10160 PBS**

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** ICE

**City** _____   **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant  XXXX   New Defendant _____
Magistrate Judge Case Number   05M-1035-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Adriano Amaro   Juvenile ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** ____  **SSN (last 4 #):** ____  **Sex** M  **Race:** ____  **Nationality:** Brazilian

**Defense Counsel if known:**  Leslie Feldman-Rumpler   **Address:** 101 Tremont Street, Suite 708
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Christopher F. Bator   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No   **List language and/or dialect:**  Portguese

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**  February 17, 2005

☒ Already in Federal Custody as  defendant  in  United States v. Amaro .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** ____   **Signature of AUSA:** ____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse      05cr1013 PBS

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Adriano Amaro

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1028(a)(2) | Fraud In Connection With ID Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**