AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-10160-PBS

I, __Adriano Amaro__, the above named defendant, who is accused of

```
FILED
In Open Court
USDC, Mass.
Date 7-18-05
By _____
Deputy Clerk
```

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/18/05__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

__Adriano Amaro__
**Defendant**

__[signature]__
**Counsel for Defendant**

Before __[signature]__
_Judicial Officer_