UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 05-10160-PBS |
| v. ) | |
| ) | |
| ADRIANO AMARO ) | |
| ) | |

JOINT MOTION TO CONTINUE SENTENCING HEARING

The defendant, Adriano Amaro, hereby moves this Honorable Court to continue the sentencing hearing presently scheduled for October 13 to one of the following dates: October 17, October 18, or October 20, 2005. In support of this motion, the defendant states that the afternoon of October 13 is not feasible for defense counsel, and further that the parties have discussed the matter and have arrived at these three dates as being available for both counsel.

WHEREFORE, the parties, respectfully request this Honorable Court to continue the sentencing to October 17, 18, or 20, 2005.

                                        Respectfully submitted,

                                        ADRIANO AMARO
                                        By his Attorney,

                                        /Leslie Feldman-Rumpler
                                        Leslie Feldman-Rumpler, Esq.
                                        BBO # 555792
                                        101 Tremont Street, Ste. 708
                                        Boston, MA  02108
                                        (617) 728-9944

<u>CERTIFICATE OF SERVICE</u>

    I, Leslie Feldman-Rumpler, hereby certify that I have caused a copy of the within document to be transmitted electronically to AUSA Chris Bator this day.

```
 9/9/2005                         Leslie Feldman-Rumpler
Date                              Leslie Feldman-Rumpler, Esq.
```