UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )       CRIMINAL NO. 05-10160
                                )
v.                              )
                                )
ADRIANO AMARO,                  )
          Defendant.            )

ORDER OF VOLUNTARY JUDICIAL DEPORTATION

Pursuant to authority created by section 374(a)(3) of the
Illegal Immigration Reform and Immigrant Responsibility Act of
1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996),
codified at Title 8, United States Code, Section 1228©)(5); and
pursuant to 6 U.S.C. Section 557, transferring applicable
authority from the Commissions of the Immigration and
Naturalization Service to the Secretary of Homeland Security; and
upon the parties' agreement to the entry of a stipulated judicial
order of deportation, it is hereby ordered that the defendant,
ADRIANO AMARO, an alien removable under 8 U.S.C. Section
1227(a)(2)(A)(i)(II), upon conviction and after release from any
period of incarceration, be taken into custody by the United
States Bureau of Immigration and Customs Enforcement and deported

to Brazil or to any other country as prescribed by the

immigration laws of the United States of America.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

Entered: October 21, 2005